|   |   |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048<br>Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
| 4 | 8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax<br>amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff SCOTT JOHNSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDY SABERI, in individual and representative capacity as trustee of the 2001 Andy Saberi and Zaida Saberi Revocable Trust; ZAIDA SABERI, in individual and representative capacity as trustee of the 2001 Andy Saberi and Zaida Saberi Revocable Trust; ANDY'S BP, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 3:19-CV-06204-LB<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

　　　　The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

　　　　The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties, will be filed within 60 days.

　　　　　　　　　　　　　　　　　　　CENTER FOR DISABILITY ACCESS

Dated: March 24, 2020　　　　　　　　/s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Notice of Settlement　　　　　　　-1-　　　　　　　3:19-CV-06204-LB