UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDY SABERI, et al.,<br><br>        Defendants. | Case No. 19-cv-06204-LB<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 23 |

The parties settled their case filed a notice of settlement in March.[1] According to the plaintiff's status report filed on May 20, 2020, the defendant has not signed the final settlement agreement and otherwise stopped cooperating.[2] The court thus kept the matter on calendar for the scheduled case management conference on May 28, 2020.[3] The defendant's counsel did not appear.

Under the circumstances, the court sets a show-cause hearing for July 16, 2020 at 9:30 a.m. At that hearing, the defendant and the defendant's counsel must appear to address the status of the settlement and to show cause why the settlement agreement has not been signed and why the case should not be restored to the court's trial calendar. A stipulated dismissal will discharge the order

---

[1] ECF No. 23. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] ECF No. 27.

[3] Minute Order – ECF No. 28.

ORDER – No. 19-cv-06204-LB

1  to show cause and will close the case. The deadline for that stipulated dismissal is July 9, 2020.

2  Alternatively, if a dismissal is not filed, then the defendant must file a short update as soon as

3  practicable and by no later than July 9, 2020.

4

5  **IT IS SO ORDERED.**

6  Dated: May 28, 2020

7  
   _____

8  LAUREL BEELER
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28