| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
|   | Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
|   | 8033 Linda Vista Road, Suite 200, |
| 4 | San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
|   | amandas@potterhandy.com |
| 6 | |
| 7 | Attorneys for Plaintiff |
| 8 | THOMAS I. SABERI, ESQ. (SBN 169652) |
|   | LAW OFFICE OF THOMAS I. SABERI |
| 9 | 1045 Airport Blvd., Suite 12 |
|   | So. San Francisco, CA 94080 |
| 10 | Telephone: (650) 588-2428 |
|    | Facsimile: (650) 873-7046 |
| 11 | Email: tsaberi@aol.com |
| 12 | JAMES M. DOMBROSKI, ESQ. (SBN 56898) |
|    | LAW OFFICE OF JAMES M. DOMBROSKI |
| 13 | Post Office Box 751027 |
|    | Petaluma, CA 94975 |
| 14 | Tel: (707)762-7807 |
|    | Facsimile: (707)781-4045 |
| 15 | Email: jdomski@aol.com |
| 16 | Attorney for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | SCOTT JOHNSON, | Case: 3:19-CV-06204-LB |
| 20 |     Plaintiff, | |
|    | v. | |
| 21 | | **JOINT STIPULATION FOR** |
| 22 | ANDY SABERI, in individual and representative capacity as trustee of | **DISMISSAL PURSUANT TO** |
| 23 | the 2001 Andy Saberi and Zaida Saberi Revocable Trust; ZAIDA | **F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| 24 | SABERI, in individual and representative capacity as trustee of | |
| 25 | the 2001 Andy Saberi and Zaida Saberi Revocable Trust; ANDY'S BP, | |
| 26 | INC., a California Corporation; and Does 1-10, | |
| 27 |     Defendants. | |
| 28 | | |

1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 11, 2021         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorney for Plaintiff

Dated: August 11, 2021         JAMES M. DOMBROSKI

By: /s/ James M. Dombroski
    James M. Dombroski
    Attorney for Defendant
    Andy Saberi, Zaida Saberi and
    Andy's BP, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to James M. Dombroski, counsel for Andy Saberi, Zaida Saberi and Andy's BP, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 11, 2021          CENTER FOR DISABILITY ACCESS

                                By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorney for Plaintiff